UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID CARMINE LETTIERI,

                    Petitioner,

        v.

FEDERAL MEDICAL CENTER DEVENS
et al.,

                    Respondents.

CASE NO. 2:26-cv-01025-TL

ORDER ADOPTING REPORT AND
RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge David W. Christel (Dkt. No. 4) and Petitioner's objections to the Report and Recommendation (Dkt. No. 7). Having reviewed the Report and Recommendation, Petitioner's objections, and the remaining record, the Court ADOPTS the Report and Recommendation and OVERRULES the objections.

Petitioner is housed at Federal Medical Center – Devens ("FMC Devens") in Ayers, Massachusetts. *See* Dkt. 1-1. In the proposed petition, Petitioner brings suit against FMC

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

Devens, FMC Devens Mailroom, and an unnamed correctional officer at FMC Devens for actions taken at FMC Devens. *See generally* Dkt. No. 5. Magistrate Judge Christel recommends the case be transferred to the District of Massachusetts as venue is improper in this District because (1) the claims arise out of actions occurring in Massachusetts and (2) Petitioner has not named any respondent who is located in the Western District of Washington. Dkt. No. 4 at 2–3.

A district court may reconsider any non-dispositive pre-trial order designated to a United States Magistrate Judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law."). Further, a district judge must consider a party's objections to set aside part of an order only if the objections are filed within fourteen days of the party being served with a copy. Fed. R. Civ. P. 72(a) (setting this time limit for filing objections to a non-dispositive pre-trial matter and stating "[t]he district judge . . . must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law").

Petitioner has filed a timely objection. Dkt. No. 7. In his objection, Petitioner asserts that venue is proper in this district because "the United States can be a defendant anywhere in the United States[.]" *Id.* at 2. However, Petitioner has not sued the United States. Rather, the only Respondents named in the petition are FMC Devens, FMC Devens Mailroom, and an unnamed correctional officer at FMC Devens, which are all located in Massachusetts. For the reasons stated in the Report and Recommendation, the Court finds transfer to the District of Massachusetts is proper for lack of venue in this district.

Therefore, the Court hereby ORDERS:

ORDER ADOPTING REPORT AND RECOMMENDATION – 2

(1) The Report and Recommendation is ADOPTED and Petitioner's objections are OVERRULED;

(2) This case SHALL be TRANSFERRED to the District of Massachusetts fourteen (14) days after the issuance of this Order in accordance with the Local Civil Rule 3, after which time this case SHALL be closed.

(3) The Clerk is DIRECTED to send copies of this Order to Petitioner and to the Hon. David W. Christel.

Dated this 26th day of May, 2026.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION – 3